**In re: Vincent DIMODICA, Petitioner.**

No. 07–2965.

United States Court of Appeals, Third Circuit.

Sept. 24, 2007.

Vincent DiModica, Otisville, NY, pro se.

Before: SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges.

OPINION

PER CURIAM.

Vincent DiModica, a prisoner at the Federal Correctional Institution at Otisville, New York, filed a petition in this Court on June 29, 2007, requesting a writ of mandamus directing the United States District Court for the District of New Jersey to act upon his motion to vacate his sentence. On July 31, 2007, 2007 WL 2212853, the District Court issued an order denying the motion. We will therefore deny the petition for a writ of mandamus as moot.